IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

QUINCY CARPENTER                                                                    PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:06cv551-JCS

MALCOLM E. McMILLIN and
MAJOR RUSHING                                                                    DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order of this date, judgment is hereby entered for Defendants and against Plaintiff, and the complaint is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 18th day of June, 2007.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE